Richard Highton et al., Respondents, v. Simon Dessau, Appellant.

(Submitted April 20, 1893; decided October 3, 1893.)

Appeal from judgment of the General Term of the Court of Common Pleas of the city of New York, entered upon an order made June 6, 1892, which affirmed a judgment in favor of plaintiffs entered upon an order of Special Term confirming the report of a referee in an action to foreclose a mechanic's lien.

*Leon Lewin* for appellant.

*William Irwin* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

Frederick A. Phillips, Jr., Respondent, v. Maria N. Winne, Appellant.

(Argued June 19, 1893; decided October 3, 1893.)

Appeal from order of the General Term of the Supreme Court in the second judicial department, made May 9, 1892, which affirmed an order of Special Term denying a motion to vacate an order for the substituted service of a summons.

*Andrew J. Shipman* for appellant.

*Frank H. Gray* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.